AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| NIELSEN, WILLIAM F. | USDC, ED OF WA | 05/13/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, SENIOR | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| POST OFFICE BOX 2208<br>SPOKANE, WASHINGTON 99210-2208 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Spokane YMCA Endowment Committee |
| 2. Board Member | Museum of Arts and Culture |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |



COPY

Nielsen, William F.

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch | Margin Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. WFN SP WOLF | | | | | | | | | |
| 2. Cash Richards Merrill Peterson | A | Interest | J | U | | | | | |
| 3. Amer Intl Group | | None | J | T | | | | | |
| 4. Atmel Corp. | | None | J | T | | | | | |
| 5. Auto Data Proc. Com | A | Dividend | K | T | | | | | |
| 6. Bank of America | A | Dividend | J | T | | | | | Formerly Merrill Lynch |
| 7. Banner Corp | A | Dividend | J | T | | | | | |
| 8. Bed Bath | | None | | | Sold | 10/15/09 | K | | |
| 9. Berkshire Hath | | None | M | T | | | | | |
| 10. Brightpoint | | None | J | T | | | | | |
| 11. Broadridge Fin Sol | A | Dividend | J | T | | | | | |
| 12. Cisco | | None | J | T | | | | | |
| 13. Coca Cola | A | Dividend | K | T | | | | | |
| 14. Com 21 Inc | | None | J | T | | | | | |
| 15. Eaton | A | Dividend | K | T | | | | | |
| 16. Flextronics | | None | K | T | | | | | |
| 17. Home Depot | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Honeywell Intl | A | Dividend | K | T | | | | | |
| 19. Illinois Tool Wks | A | Dividend | K | T | | | | | |
| 20. Intel Com | A | Dividend | K | T | | | | | |
| 21. Intuitive Surg | | None | K | T | | | | | |
| 22. Johnson & Johnson Com | A | Dividend | K | T | | | | | |
| 23. Medtronic | A | Dividend | J | T | Buy | 10/29/09 | J | | |
| 24. Merrill Lynch | A | Dividend | J | T | | | | | Now Bank of America |
| 25. Microsoft | A | Dividend | K | T | | | | | |
| 26. St. Joe Co. | A | Dividend | | | Sold | 05/06/09 | J | | |
| 27. St. Jude Med | | None | K | T | | | | | |
| 28. Safeway | A | Dividend | J | T | | | | | |
| 29. Stryker | A | Dividend | K | T | Buy | 05/06/09 | K | | |
| 30. Synaptics | | None | K | T | Buy | 10/15/09 | J | | |
| 31. | | | | | | | | | |
| 32. WFN SP | | | | | | | | | |
| 33. Cash--INB | A | Interest | J | U | | | | | |
| 34. Inland N.W. Venture Fund | | None | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NW Venture Assc Fund | | None | J | U | | | | | |
| 36. | | | | | | | | | |
| 37. WFN SP83 | | | | | | | | | |
| 38. Aber-Fitch | A | Dividend | | | Sold | 05/20/09 | J | | |
| 39. AFLAC | A | Dividend | K | T | | | | | |
| 40. Allied Cap | | None | J | T | | | | | |
| 41. Amer Exp Co | A | Dividend | K | T | | | | | |
| 42. Ameriprise Finc | A | Dividend | J | T | | | | | |
| 43. Amgen | | None | K | T | | | | | |
| 44. Bank of America | A | Dividend | J | T | | | | | Formerly Merrill Lynch |
| 45. Baxter Intl | A | Dividend | L | T | | | | | |
| 46. Beckton Dickinsxon | A | Dividend | K | T | Buy | 05/13/09 | K | | |
| 47. Bed-Bath-B | | None | J | T | | | | | |
| 48. Berk Hathwy Com | | None | L | T | | | | | |
| 49. Carnival Corp | A | Dividend | | | Sold | 10/01/09 | K | | |
| 50. Cisco | | None | K | T | | | | | |
| 51. Citadel Brdcstu | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Coca Cola | A | Dividend | K | T | | | | | |
| 53. Colgate Com | B | Dividend | L | T | | | | | |
| 54. Disney Com | A | Dividend | L | T | | | | | |
| 55. Eaton | A | Dividend | J | T | Buy | 04/29/09 | J | | |
| 56. Home Depot | A | Dividend | L | T | | | | | |
| 57. Intel Corp | A | Dividend | J | T | | | | | |
| 58. Johnson & Johnson | A | Dividend | L | T | | | | | |
| 59. McDonalds Corp | A | Dividend | K | T | | | | | |
| 60. Medtronic | A | Dividend | K | T | | | | | |
| 61. Merrill Lynch Com | A | Dividend | J | T | | | | | Now Bank of America |
| 62. NW Bancorp | A | Dividend | J | T | | | | | |
| 63. NY Comm Bank | A | Dividend | J | T | | | | | |
| 64. Oracle Corp. | A | Dividend | K | T | | | | | |
| 65. Pfizer | A | Dividend | K | T | | | | | |
| 66. Potash Corp | A | Dividend | | | Sold | 12/01/09 | K | | |
| 67. Proctor & Gamble Co. | A | Dividend | K | T | | | | | |
| 68. Safeway | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Stanley Works | A | Dividend | | | Sold | 07/08/09 | J | A | |
| 70. Starbuck's | | None | J | T | | | | | |
| 71. S.W. Airlines Com | A | Dividend | K | T | | | | | |
| 72. Sysco | A | Dividend | K | T | | | | | |
| 73. Target | A | Dividend | J | T | | | | | |
| 74. Walgreen Co. | A | Dividend | K | T | | | | | |
| 75. Waters Corp. | | None | K | T | | | | | |
| 76. Wells Fargo & Co. | A | Dividend | K | T | | | | | |
| 77. | | | | | | | | | |
| 78. WFN SPDRSEA | | | | | | | | | |
| 79. Amer Intl Grp | | None | J | T | | | | | |
| 80. Bank of America | A | Distribution | J | T | | | | | Formerly Merrill Lynch |
| 81. Bed Bath | | None | | | Sold | 10/15/09 | J | | |
| 82. Cash RBC | A | Interest | J | U | | | | | |
| 83. Chevron Corp. | A | Dividend | J | T | | | | | |
| 84. Emerson Elec | A | Dividend | J | T | | | | | |
| 85. Ericsson Tel Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from pr or isclosur | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Heinz Com | A | Dividend | J | T | | | | | |
| 87. Home Depot | A | Dividend | J | T | | | | | |
| 88. Jack in Box | | None | J | T | Buy | 08/13/09 | J | | |
| 89. J. Hancock Bank & Thrift Fund | A | Dividend | J | T | | | | | |
| 90. Medtronics Inc | A | Dividend | J | T | | | | | |
| 91. Merrill Lynch | A | Distribution | J | T | | | | | Now Bank of America |
| 92. Merck | A | Dividend | K | T | | | | | Formerly Schering |
| 93. Oracle Corp Com | | None | K | T | | | | | |
| 94. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 95. Red Robin | | None | J | T | | | | | |
| 96. Schering P Com | A | Dividend | K | T | | | | | Now Merck |
| 97. Starbucks | | None | J | T | | | | | |
| 98. TEVA | A | Dividend | J | T | | | | | |
| 99. Union Pacific | A | Dividend | J | T | Buy | 12/09/09 | J | | |
| 100. | | | | | | | | | |
| 101.    SP RMP 346 | | | | | | | | | |
| 102. Cash--INB | A | Interest | L | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. American Exp | A | Dividend | J | T | | | | | |
| 104. Ameriprise Finc | A | Dividend | J | T | | | | | |
| 105. Berkshire Hath | | None | K | T | | | | | |
| 106. Brightpoint | | None | J | T | | | | | |
| 107. Citi Group | A | Dividend | J | T | | | | | |
| 108. Costco | A | Dividend | J | T | | | | | |
| 109. Fiserv Inc. | | None | J | T | | | | | |
| 110. Flextronics | | None | J | T | | | | | |
| 111. Home Depot | A | Dividend | J | T | | | | | |
| 112. Intel Corp. | A | Dividend | J | T | | | | | |
| 113. Johnson-Johnson | A | Dividend | K | T | | | | | |
| 114. LSI Logic | | None | J | T | | | | | |
| 115. Medtronic | A | Dividend | J | T | | | | | |
| 116. Microsoft | A | Dividend | J | T | | | | | |
| 117. Southwest Airlines | A | Dividend | J | T | | | | | |
| 118. Starbucks | | None | J | T | | | | | |
| 119. Stryker | A | Dividend | J | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000         L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)   S =Assessment                T =Cash Market
   (See Column C2)              U =Book Value              V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Sysco Corp. | A | Dividend | J | T | | | | | |
| 121. Target | A | Dividend | J | T | | | | | |
| 122. TEVA Pharm | A | Dividend | J | T | | | | | |
| 123. Wells Fargo | A | Dividend | J | T | | | | | |
| 124. | | | | | | | | | |
| 125. Amer Cent Intl Growth Fund | A | Dividend | K | T | | | | | |
| 126. ML Annuity Ret Plus 27 | A | Dividend | L | T | | | | | |
| 127. West Coast Eq. Fund | A | Dividend | K | T | | | | | |
| 128. | | | | | | | | | |
| 129. ▓ SP RMP 139 | | | | | | | | | |
| 130. Cash--Richards Merrill Peterson | A | Interest | J | U | | | | | |
| 131. Bed Bath Beyond | | None | J | T | | | | | |
| 132. Home Depot | A | Dividend | J | T | | | | | |
| 133. Illinois Tool | A | Dividend | J | T | | | | | |
| 134. Lord Abbett Affiliated Fund | A | Dividend | J | T | | | | | |
| 135. Potash | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

None.

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/13/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544